772

## Ex parte George MILLS.
### No. 25562.

Court of Criminal Appeals of Texas.
Oct. 24, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from an order denying application for writ of habeas corpus and remanding relator to. the custody of the sheriff to be delivered to the proper agent for extradition.

Relator has filed certified affidavit stating that he does not desire to prosecute the appeal further and requesting that same be dismissed. The request is granted and the appeal is now dismissed.

Carter, Stiernberg, Blanton & Skaggs, Harlingen, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant filed a writ of habeas corpus with the Honorable Arthur Klein, Judge of the 107th Judicial District, complaining of his restraint by virtue of said court's failure to set a reasonable bail pending his trial on a charge of statutory rape.

The trial court ordered appellant confined without bail. An original writ was filed in this court during vacation and was not then considered. We now review the appeal from the trial court's order.

We have examined this record in the light of the many decisions of our court and are of the opinion that this is a bailable case.

The judgment denying bail is reversed and bail is now set at the sum of $20,000.